**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

---

Case Title: USA v. Loyman Casco Tercero    Case Number: 25 CR 50060

An appearance is hereby filed by the undersigned as attorney for:
Loyman Casco Tercero

Attorney name (type or print):  Amir Mohabbat

Firm:    The Chicagoland & Suburban Law Firm, P.C.

Street address:      248 S. Marion St., #104

City/State/Zip:    Oak Park, IL 60302

Bar ID Number:  6286891                              Telephone Number:    815-501-1345
(See item 3  in instructions)

Email Address: amir@chicagolandlawfirm.com

Are you acting as lead counsel in this case?              X☐  Yes        ☐ No

Are you a member of the court's general bar?            X☐  Yes        ☐ No

Are you a member of the court's trial bar?                X☐  Yes        ☐ No

Are you appearing *pro hac vice*?                        ☐ Yes      X☐  No

If this case reaches trial, will you act as the trial attorney?    X☐  Yes        ☐ No

If this is a criminal case, check your status.        ☐        Retained Counsel

                                                    X☐      Appointed Counsel
                                                            If appointed counsel, are you a

                                                    ☐ Federal Defender

                                                    X☐    CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 6/23/26

Attorney signature:      S/        Amir Mohabbat_____
                        (Use electronic signature if the appearance form is filed electronically.)

Revised  7/19/2023