## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Western Division

UNITED STATES OF AMERICA

                Plaintiff,

v.

                Case No.: 3:25−cr−50060
                Honorable Iain D. Johnston

Brandon Hopkins, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 14, 2026:

      MINUTE entry before the Honorable Michael F. Iasparro as to Loyman Casco Tercero (3): Pursuant to the agreement of the parties, an in−person initial appearance and arraignment is set for 7/16/2026 at 3:00 PM. Defendant, counsel for both sides, and a representative from Pretrial Services are ordered to appear in Courtroom 3200 of the Stanley J. Roszkowski United States Courthouse, 327 South Church Street, Rockford, Illinois, 61101. Mailed notice (jp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.