**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| United States of America, | Case No. 3:25-cr-50060-3 |
| *v.* | Honorable Michael F. Iasparro |
| Loyman Casco Tercero. | |

## ORDER

In-person initial appearance and arraignment held 7/16/2026. Defendant Loyman Casco Tercero appears based on an second superseding indictment dated 6/16/2026. See Dkt. 90. CJA Panel Attorney Amir Mohabbat appears for Defendant and is provisionally appointed as counsel pending review of the financial affidavit, which shall be filed by 7/17/2026. A representative from Pretrial Services is present. Defendant informed of his rights, acknowledged receipt of the indictment and waives a formal reading. The Defendant enters a plea of not guilty to all counts in which he is named, and his plea is accepted. The Government moves for detention pursuant to 18 U.S.C. § 3142(f)(1)(E). The Court finds that the Government has a right to request a detention hearing. Defendant waives his right to a detention hearing and stipulates to detention without prejudice to his ability to contest detention at a later date. Based upon the nature and circumstances of the offense, the Court finds that no condition or combination of conditions of release will reasonably assure Defendant's appearance as required or the safety of any other person or the community. Defendant is remanded to the custody of the U.S. Marshal pending further order of the Court. The Order of Detention Pending Trial shall enter separately. Rule 16.1(a) conference shall be conducted by 7/30/2026. An in-person status hearing is set for 10/13/2026 at 11:00 AM in Courtroom 3200 of the Stanley J. Roszkowski United States Courthouse, 327 South Church Street, Rockford, Illinois. Defendant and counsel for both sides are ordered to appear. The Government's oral motion to exclude time is unopposed and granted. The Court excludes time from 6/2/2026 through 10/13/2026 pursuant to 18 U.S.C. § 3161(h)(7)(A), (h)(1)(E), and (B)(iv) and finds that the ends of justice served by the exclusion of time outweigh the best interests of the public and Defendant in a speedy trial in order to allow the parties a reasonable time necessary for effective preparation.

Entered: July 16, 2026

By: _____
Michael F. Iasparro
U.S. Magistrate Judge

1