IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

Defendant.

Case Number _25 Cr 50060_

_Loyman Casco Tecao_        Judge _Johnston_

## ORDER APPOINTING COUNSEL UNDER CJA

**Name of Appointed Attorney:** _Amir Mohabbat_

**Person Represented:** _Loyman Casco Tecao_ **Defendant number:** _3_ **Under SEAL:** YES or (NO)

**Payment Category:** (FELONY) MISDEMEANOR **Type of Person Represented:** (ADULT) JUVENILE OTHER
OTHER     PETTY OFFENSE

**Representation Type:** BP (CC) CF CH DRI EW EX HC JU MA JRV JHB
MC ML NT OT PA PR PT SR WI WW

**Court Order:**
(APPOINTING COUNSEL)     CO-COUNSEL     STANBY COUNSEL
SUBS FOR FEDERAL DEFENDER     SUBS FOR PANEL ATTORNEY     SUBS FOR RETAINED ATTORNEY

**Prior Attorney's name:** _____

If associate(s) will be used, list name(s) below. If the associate rate differs from CJA hourly rate, list the rate next to the associate's name:

_____

**Signature of Presiding Judge:** _____

**Date of Order:** _7/27/2026_        **Nunc Pro Tunc Date:** _6/23/26_ or NONE

## ORDER APPOINTING INTERPRETER UNDER CJA

*Prior authorization shall be obtained for services in excess of $900.*

**Expected to exceed:** YES   NO

**Prior Authorization Approved:** YES   NO

**Signature of Presiding Judge:** _____

**Date of Order:** _____        **Nunc Pro Tunc Date:** _____ or NONE